1  SEAN K. KENNEDY (SBN 145632)
   Federal Public Defender
2  (Email: Sean_Kennedy@fd.org)
   JEFFREY A. AARON (SBN 135625)
3  Deputy Federal Public Defender
   (Email: Jeffrey_Aaron@fd.org)
4  3801 University Avenue, Suite 700
   Riverside, CA 92501
5  Telephone (951) 276-6346
   Facsimile (951) 276-6368
6
   Attorneys for defendant:
7  BRITTON PITTS

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          EASTERN DIVISION
11

12
   UNITED STATES OF AMERICA,    )   CASE NO. ED CR 05-62-VAP
13                              )
                 Plaintiff,     )   STIPULATION AND [PROPOSED]
14                              )   ORDER TO MODIFY
       v.                       )   SUPERVISED RELEASE
15                              )   CONDITIONS
   BRITTON PITTS,               )
16                              )
                 Defendant.     )
17                              )
                                )
18 ─────────────────────────────

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff,
19
   United States of America, by and through its attorney of record, Assistant United
20
   States Attorney Antoine F. Raphael, and defendant BRITTON PITTS, by and through
21
   his attorney of record, Deputy Federal Public Defender Jeffrey A. Aaron:
22
        1.    Mr. PITTS was sentenced to eighty-seven months on April 30, 2007.
23
   One of the conditions of his supervised release was that he only use computers that
24
   are authorized by probation and only in the course of his employment.
25
        2.    The United States Probation Officer has no problem with Mr. PITTS
26
   having a computer provided it does not have internet access.  This is based on the
27
   defendant needing to prepare and edit assignments for his sex offender course.
28

3. The parties stipulate that Mr. PITTS can have a personal computer in his possession, and for his use, provided the computer does not have internet access.

4. No other terms and conditions of the supervised release will be changed.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: August 8, 2012    By /s/ Jeffrey A. Aaron
JEFFREY A. AARON
Deputy Federal Public Defender


ANDRÉ BIROTTE, JR.
United States Attorney

*Per email authorization by JAA*

DATED: August 8, 2012    By Antoine F. Raphael
ANTOINE F. RAPHAEL
Assistant United States Attorney

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Riverside County, California; that my business address is the Federal Public Defender's Office, 3801 University Avenue, Suite 700; Riverside, California 92501; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the Stipulation and [Proposed] Order to Modify Supervised Release Conditions.

On August 8, 2012, following ordinary business practice, service was:

| [X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows: | [ ] By hand-delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |

Antoine F. Raphael
Assistant United States Attorney
3403 Tenth St., Ste. 200
Riverside, California 92501

Wilma Allen [by U.S. Mail]
U.S. Probation Officer
222 N. John Q. Hannon Pkwy., Ste. 1200
Springfield, MO 65806

This proof of service is executed at Riverside, California, on August 8, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Kristina Beck