1  SEAN K. KENNEDY (SBN 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   JEFFREY A. AARON (SBN 135625)
3  Deputy Federal Public Defender
   (E-mail: Jeffrey_Aaron@fd.org)
4  3801 University Avenue, Suite 700
   Riverside, California 92501
5  Telephone (951) 276-6355
   Facsimile (951) 276-6368
6
   Attorneys for Defendant:
7  BRITTON PITTS

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11 UNITED STATES OF AMERICA,        )   CASE NO. ED CR 05-62-VAP
                                    )
12            Plaintiff,            )   [PROPOSED] ORDER TO
                                    )   MODIFY SUPERVISED RELEASE
13        v.                        )
                                    )
14 BRITTON PITTS,                   )
                                    )
15            Defendant.            )
                                    )
16                                  )
                                    )
17 _____ )

18        GOOD CAUSE APPEARING, the Court orders that the supervised release

19 conditions will be modified to allow the defendant to use and possess a personal

20 computer provided the computer does not have internet access. No other terms or

21 conditions of the supervised release in this case shall be changed.

22        IT IS SO ORDERED.

23
   DATED: August __, 2012
24
                                    HONORABLE VIRGINIA A. PHILLIPS
25                                  United States District Judge

26 Presented by:

27     /s/
   _____
   JEFFREY A. AARON
28 Deputy Federal Public Defender

1

## PROOF OF SERVICE

2      I, the undersigned, declare that I am a resident or employed in Riverside

3   County, California; that my business address is the Federal Public Defender's Office,

4   3801 University Avenue, Suite 700; Riverside, California 92501; that I am over the

5   age of eighteen years; that I am not a party to the above-entitled action; that I am

6   employed by the Federal Public Defender for the Central District of California, who

7   is a member of the Bar of the United States District Court for the Central District of

8   California, and at whose direction I served the [Proposed] Order to Modify

9   Supervised Release Conditions.

10      On August 8, 2012, following ordinary business practice, service was:

11   [X]Placed in a closed            [ ] By hand-            [ ] Placed in a sealed
     envelope, for collection and     delivery addressed     envelope for collection and
12   hand-delivery by our internal    as follows:            mailing via United States
     staff, addressed as follows:                            Mail, addressed as follows:
13

14   Antoine F. Raphael                              Wilma Allen [by U.S. Mail]
     Assistant United States Attorney               U.S. Probation Officer
15   3403 Tenth St., Ste. 200                        222 N. John Q. Hannon Pkwy., Ste. 1200
     Riverside, California 92501                     Springfield, MO 65806
16
        This proof of service is executed at Riverside, California, on August 8, 2012.
17

18
        I declare under penalty of perjury that the foregoing is true and correct to the
19
     best of my knowledge.
20

21

22                                  Kristina Beck

23

24

25

26

27

28