SEAN K. KENNEDY (SBN 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
JEFFREY A. AARON (SBN 135625)
Deputy Federal Public Defender
(E-mail: Jeffrey_Aaron@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone (951) 276-6355
Facsimile (951) 276-6368

cc: U.S. PROBATION,
U.S. PRETRIAL SERVICES

Attorneys for Defendant:
BRITTON PITTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRITTON PITTS, <br> Defendant. | CASE NO. ED CR 05-62-VAP <br><br> [PROPOSED] ORDER TO MODIFY SUPERVISED RELEASE |

GOOD CAUSE APPEARING, the Court orders that the supervised release conditions will be modified to allow the defendant to use and possess a personal computer provided the computer does not have internet access. No other terms or conditions of the supervised release in this case shall be changed.

IT IS SO ORDERED.

DATED: August _10_, 2012

*Virginia A. Phillips*

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Presented by:

  /s/
JEFFREY A. AARON
Deputy Federal Public Defender